AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED

2019 SEP 27  AM 10: 21

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ernesto Hilario Lopez | ) | 3:19-M -08662(1,2) |
| Martin Lopez Lopez | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2019__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(v)(I) | Conspiracy to Transport Illegal Aliens |

This criminal complaint is based on these facts:
See attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

Rene Robles, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/27/2019__

_____
Judge's signature

City and state: __El Paso, Texas__   Miguel Torres, Magistrate Judge
*Printed name and title*

On September 26, 2019, the Texas Department of Public Safety (DPS) Highway Patrol conducted a traffic stop on a black 2006 Ford Focus Texas license plates CD8K676 on Loop 375 near the intersection of Railroad Drive. The reason for the traffic stop was following too closely. The driver of the vehicle was identified as Ernesto Hilario LOPEZ. The person sitting in the front passenger seat was identified as Martin LOPEZ-Lopez. Upon approaching the vehicle, the state trooper observed two additional subjects sitting on the rear seat the vehicle. The DPS trooper requested identification from all occupants. The two occupants sitting on the rear seat provided Brazilian passports and did not appear to speak English. The state trooper contacted United States Border Patrol (USBP) to respond to the scene. USBP determined the two occupants sitting on the rear seat were undocumented aliens illegally present in the United States. USBP notified Homeland Security Investigations Special Agents of the incident.

Ernesto Hilario LOPEZ, Martin LOPEZ-Lopez, and the suspected illegal aliens were transported to the Homeland Security Investigations Office for processing and interview.

Ernesto Hilario LOPEZ was made aware of his Miranda Rights in Spanish and agreed to answer questions without the presence of an attorney. During the interview, Ernesto Hilario LOPEZ stated that he was aware he was transporting illegal aliens. Ernesto Hilario LOPEZ stated that he was going to be paid $200 dollars for transporting the two aliens within El Paso, Texas and delivering them to an unknown subject. Ernesto Hilario LOPEZ also stated that he and Martin LOPEZ-Lopez were provided with $1,000 dollars to deliver to the unknown subject along with the two aliens. Ernesto Hilario LOPEZ stated that he and Martin LOPEZ-Lopez crossed from Ciudad Juarez, Chihuahua, Mexico to El Paso, Texas with the intention of transporting these two illegal aliens within El Paso, Texas.

Martin LOPEZ-Lopez was made aware of his Miranda Rights in Spanish and agreed to answer questions without the presence of an attorney. During the interview, Martin LOPEZ-Lopez stated that at first, he did not know the two subjects they were picking up were illegal aliens, but figured it out once he met them. Martin LOPEZ-Lopez stated that he was going to be paid $200 dollars for transporting the two illegal aliens within El Paso, Texas and delivering them to an unknown subject along with $1,000 dollars they were provided in Mexico. Martin LOPEZ-Lopez stated that an unknown subject was directing them via phone as to where to go pick up and deliver the illegal aliens.